**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **OPTi INC.** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| **v.** | § | **Civil Action No. 2:07-cv-278-TJW** |
| | § | |
| **ADVANCED MICRO DEVICES, INC.,** | § | **JURY TRIAL DEMANDED** |
| **ATMEL CORPORATION, BROADCOM** | § | |
| **CORPORATION, RENESAS** | § | |
| **TECHNOLOGY AMERICA, INC.,** | § | |
| **SILICON STORAGE** | § | |
| **TECHNOLOGY, INC., STANDARD** | § | |
| **MICROSYSTEMS CORPORATION,** | § | |
| **STMICROELECTRONICS, INC. AND** | § | |
| **VIA TECHNOLOGIES, INC.** | § | |
| | § | |
| **Defendants** | § | |

## JOINT STIPULATION REGARDING INTEL DOCUMENTS

This stipulation sets forth the parties understanding regarding the treatment of Intel Corporation ("Intel") "Confidential – Counsel's Eyes Only" information.

The Defendants identified below agree to provide additional protection of Intel highly confidential information beyond that provided for in the Protective Order entered in the above captioned case. Defendants Advanced Micro Devices, Inc., Atmel Corporation, Broadcom Corporation, Renesas Technology America, Inc., Silicon Storage Technology, Inc., Standard Microsystems Corporation, and Via Technologies, Inc. further agree that no employee of any of these Defendants shall have access to any Intel documents marked "Confidential -Counsel's Eyes Only," "Attorneys' Eyes Only" or other similar designation produced by Intel in this litigation or in prior litigations.

While Intel and STMicroelctronics, Inc. do not have an agreement as set forth in the above stipulation, OPTi Inc. and STMicroelectronics do agree that Intel documents that are produced in this litigation that are marked "Confidential – Counsel's Eyes Only," "Attorneys' Eyes Only" or other similar designation shall be produced at this time subject to Local Patent Rule 2-2. with disclosure limited to STMicroelectronics, Inc.'s outside counsel and the employees of its outside counsel. Further, Intel and STMicroelectronics, Inc. agree to negotiate in good faith for any request by STMicroelectronics, Inc. that Intel consent to disclosure of certain Intel "Confidential – Counsel's Eyes Only" documents produced in this litigation to its in-house lawyers and agree that STMicroelectronics, Inc. is not foreclosed from seeking this Court's assistance that such documents can be disclosed to STMicroelectronics, Inc.'s in-house counsel.

DATED: June 19, 2008                    So stipulated:

/s/ Victor Hsue (w/permission SB)

ROPES & GRAY LLP
525 University Avenue
Suite 300
Palo Alto, California 94301
(650) 617-4096
Victor.Hsue@ropesgray.com

*Counsel for Advanced Micro Devices,
Inc.*

/s/ Paul E. Poirot (w/permission
SB)

Paul E. Poirot
McDermott Will & Emery LLP
600 13th Street NW
Washington, DC  20005
(202) 756-8370
ppoirot@mwe.com

*Counsel for Renesas Technology
America, Inc.*

/s/ James P. Bradley (w/permission
SB)

James P. Bradley
Sidley Austin LLP
717 North Harwood
Dallas, Texas 75201
(214) 981-3306
jbradley@Sidley.com

*Counsel for STMicroelectronics,
Inc.*

/s/ Jim Lazaris (w/permission SB)

Julie Holloway
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304
(650) 493-9300
JHolloway@wsgr.com

*Counsel for Atmel Corporation*

/s/ Aaron Wainscoat
(w/permission SB)

Aaron Wainscoat
DLA Piper US LLP
2000 University Avenue
East Palo Alto, California 94303
(650) 833-2442
aaron.wainscoat@dlapiper.com

*Counsel for Silicon Storage
Technology, Inc.*

/s/ Brian A. Carpenter
(w/permission SB)

Brian A. Carpenter
Greenberg Traurig, LLP
1200 17th Street
Denver, CO 80202
(303) 572-6573
carpenterb@gtlaw.com

*Counsel for Via Technologies, Inc.*

/s/ Andrew B. Karp (w/permission SB)

Andrew B. Karp
500 W. Madison Street
Chicago, Illinois  60661
(312) 775-8000
akarp@mcandrews-ip.com

*Counsel for Broadcom Corporation*

/s/ Arun Chandra (w/permission
SB)

Arun Chandra
HOGAN & HARTSON LLP
875 Third Avenue
New York, NY 10022
(212) 918-3547
AChandra@hhlaw.com

*Counsel for Standard
Microsystems Corporation*

/s/ Sam Baxter

Samuel F. Baxter
Gary Kitchen
MCKOOL SMITH, PC
104 E. Houston, Ste. 300
Marshall, Texas 75670
Phone: (903) 923-9000
sbaxter@mckoolsmith.com
gkitchen@mckoolsmith.com

*Counsel for OPTi Inc.*

/s/ Timothy J. Franks (w/permission SB)

Timothy J. Franks
Perkins Coie LLP
2901 North Central Ave.
Phoenix, AZ 85012
(602) 351-8390
TFranks@perkinscoie.com

*Counsel for Intel Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this notice was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy via facsimile and/or U.S. First Class Mail this 19th day of June,  2008.

/s/ Sam Baxter

Samuel F. Baxter
Gary Kitchen
MCKOOL SMITH, PC
104 E. Houston
Suite 300
Marshall, Texas 75670
Phone: (903) 923-9000
Fax:    (903) 923-9099
sbaxter@mckoolsmith.com
gkitchen@mckoolsmith.com

Michael L. Brody
Taras A. Gracey
WINSTON & STRAWN LLP
35 West Wacker Dr.
Phone: (312) 558-5600
Fax:    (312) 558-5700
mbrody@winston.com
tgracey@winston.com

Attorneys for OPTi Inc.