UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **OPTi INC.** <br><br> *Plaintiff,* <br><br> vs. <br><br> **ADVANCED MICRO DEVICES, INC., et al.** <br><br> *Defendants.* | § § § § § § § § § § § § § | **Civil Action No. 2:07cv278 (TJW)** <br> **Pending in the United States District Court for the Eastern District of Texas – Marshall Division** |

### JOINT STIPULATION REGARDING APPLE INC. DOCUMENTS

This stipulation sets forth the parties understanding regarding the treatment of Apple Inc.'s ("Apple") "Confidential" and "Confidential – Counsel's Eyes Only" information.

The parties agree to provide additional protection of Apple confidential and highly confidential information beyond that provided for in the Protective Order entered in the above captioned case. Advanced Micro Devices, Inc. ("AMD") agrees that no AMD employee shall have access to any Apple documents marked "Confidential" or "Confidential – Counsel's Eyes Only" produced by Apple in this litigation or in other litigations.

1

So stipulated:

    */s/ Gabrielle E. Higgins*

Gabrielle E. Higgins
Mark D. Rowland
ROPES & GRAY LLP
1900 University Avenue, 6th Floor
East Palo Alto, California 94303
Tel:  (650) 617-4000
Fax:  (650) 617-4090
Email:   Gabrielle.Higgins@ropesgray.com
        Mark.Rowland@ropesgray.com

Michael E. Jones
John F. Bufe
POTTER MINTON PC
110 N. College Ave., Suite 500
P.O. Box 359
Tyler, Texas  75702
Tel:  (903) 597-8311
Fax:  (903) 593-0846
Email:   mikejones@potterminton.com
        johnbufe@potterminton.com


**Attorneys for Defendant Advanced Micro Devices, Inc.**

So stipulated:

    */s/ Ethan McComb*

Michael L. Brody
Taras A. Gracey
J. Ethan McComb
Eric J. Mersmann
WINSTON & STRAWN LLP
35 West Wacker Dr.
(312) 558-5600
(312) 558-5700
Mbrody@winston.com
tgracey@winston.com
emccomb@winston.com
emersmann@winston.com

Samuel F. Baxter
Gary Kitchen
MCKOOL SMITH, PC
104 E. Houston
Suite 300
Marshall, Texas 75670
Phone: (903) 923-9000
Fax: (903) 923-9099
sbaxter@mckoolsmith.com
gkitchen@mckoolsmith.com

**Attorneys for OPTi Inc.**

**CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this notice was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A) on this 22nd day of September 2009.

                 /s/ Ethan McComb
                 Ethan McComb